UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM KAHN,<br><br>          Defendant | Criminal No. 26cr10132<br><br>Violation:<br><br>Count One: Attempted Transfer of Obscene Material to Minors<br>(18 U.S.C. § 1470)<br><br>Obscenity Forfeiture Allegation:<br>(18 U.S.C. § 1467) |

INFORMATION

COUNT ONE
Attempted Transfer of Obscene Material to Minors
(18 U.S.C. § 1470)

The United States Attorney charges:

On or about July 15, 2025, in the District of Massachusetts, the defendant,

WILLIAM KAHN,

using any facility and means of interstate commerce, knowingly attempted to transfer obscene

matter to another individual who had not attained the age of 16 years, knowing that such other

individual had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

## OBSCENITY FORFEITURE ALLEGATION
(18 U.S.C. § 1467)

The United States Attorney further alleges:

1.     Upon conviction of the offense in violation of Title 18, United States Code, Section 1470, set forth in Count One, the defendant,

## WILLIAM KAHN,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1467, (i) any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.   The property to be forfeited includes, but is not limited to, the following:

   a.  an Eitomin tablet with gray colored case S/N: KDMD115B2023090405, seized on or about August 8, 2025, in Brookline, MA;

   b.  a blue iPad with black colored case seized on or about August 8, 2025, in Brookline, MA;

   c.  a Skytech gaming tower and power cord, S/N: ST-A43671PGW41, seized on or about August 8, 2025, in Brookline, MA; and

   d.  an iPhone 16 Pro Model M4MG3LL/A-A3083, IMEI: 352254483998974, seized on or about August 8, 2025, in Brookline, MA.

2.     If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 1467, as a result of any act or omission of the defendant—

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

     e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 1467, incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 1467.

LEAH B. FOLEY
United States Attorney

By: *Suzanne Sullivan Jacobus*
SUZANNE SULLIVAN JACOBUS
Assistant United States Attorney

Dated:    April 15, 2026