JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** III          **Investigating Agency** FBI

**City** Brookline                    **Related Case Information:**

**County** Norfolk                    Superseding Ind./ Inf. _____    Case No. _____

                                      Same Defendant _____    New Defendant _____

                                      Magistrate Judge Case Number 25-3403-JDH

                                      Search Warrant Case Number 25-3191-JDH/25-3192-JDH, 25-3401-JDH/25-3402-JDH

                                      R 20/R 40 from District of _____

**Defendant Information:**            Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes  ☑ No

**Defendant Name** William Kahn                                          Juvenile:  ☐ Yes  ☑ No

                    Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** Brookline, MA

**Birth date (Yr only):** 1997    **SSN (last 4#):** 6028    **Sex:** M    **Race** _____    **Nationality:** U.S.

**Defense Counsel if known:** John Amabile          **Address:** 380 Pleasant Street

**Bar Number:** _____                                        Brockton, MA 02301

**U.S. Attorney Information**

**AUSA:** Suzanne Sullivan Jacobus          **Bar Number if applicable:** 565071

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**    Donald W. Wyatt Detention Facility

**Arrest Date:**    December 9, 2025

☑ Already in Federal Custody as of    December 9, 2025    in    Donald W. Wyatt Detention Facility .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____    on

**Charging Document:**    ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/27/2026          Signature of AUSA: /s/ Suzanne Sullivan Jacobus

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** William Kahn

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1470 | Attempted Transfer of Obscene Material to Minors | one |
| Set 2 | 18 U.S.C. § 1467 | Obscenity Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA CRIM - Criminal Case Cover Sheet.pdf  3/4/2013